IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN BUGGS                          :        CIVIL ACTION
                                    :
       v.                           :
                                    :        No. 09-2411
STATE OFFICIALS, DEPARTMENT         :
OF CORRECTIONS

## ORDER

AND NOW, this    4th      day of June, 2009, the following is ordered:

1. Petitioner's Nunc Pro Tunc Motion for Leave to Proceed in Forma Pauperis is dismissed.

2. The Clerk of Court shall close this matter; and

3. The Clerk of Court shall furnish petitioner with a blank copy of this Court's standard form for filing a petition for habeas corpus relief under 28 U.S.C. § 2254 and an application to proceed *in forma pauperis*.  If petitioner files a petition for habeas corpus relief, it shall be opened as a new civil action.


BY THE COURT:


 /s/ Edmund V. Ludwig
Edmund V. Ludwig, J.